IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEVIN JAY MOUSAW,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D16-2359

DEPARTMENT OF
CORRECTIONS,

Appellee.
_____/

Opinion filed November 15, 2016.

An appeal from the Circuit Court for Leon County.
George S. Reynolds, Judge.

Kevin Jay Mousaw, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Holly N. Simcox, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.